987 A.2d 638

Ronald GONTARCHICK, Susan Ann Gontarchick, his Wife; Marlin Reed, Mary Jane Reed, his Wife; and Matthew Reed, their Son, Petitioners

v.

CITY OF POTTSVILLE, Respondent.

Supreme Court of Pennsylvania.

Dec. 17, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Commonwealth Court opinion and order departs from the accepted and usual course of judicial proceedings in matters of statutory construction?